**Willie BRANCH–EL, Appellant**

v.

**John TAN, Esq., in his individual capacity, et al., Appellees.**

**No. 05–7072.**

United States Court of Appeals, District of Columbia Circuit.

Feb. 16, 2006.

■

Willie Branch–El, United States Penitentiary, Terre Haute, IN, pro se.

Before: GINSBURG, Chief Judge, and SENTELLE and TATEL, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. It is

**ORDERED AND ADJUDGED** that the district court's order filed April 7, 2005, be affirmed. Appellant's damages claims, like those presented in his prior suit (*Branch–El v. Powell,* et al., No. 03cv2188 (D.D.C. Oct. 24, 2003)), are barred by *Heck v. Humphrey,* 512 U.S. 477, 486–87, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994), and *Edwards v. Balisok,* 520 U.S. 641, 117 S.Ct. 1584, 137 L.Ed.2d 906 (1997). Accordingly, we affirm the dismissal of the complaint without prejudice.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.